RECEIVED
OCT - 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **EUGENE SPENCE** | **CIVIL ACTION NO. 07-981** |
| VS. | SECTION P |
| **FEDERAL CORRECTIONAL INSTITUTE** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the instant case be TRANSFERRED to the Western District of Pennsylvania, Loretto Division.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this the 9 day of October, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE